IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE LETTER OF REQUEST ) | |
| FROM RUSSIA ) | |
| IN THE MATTER OF ) | Misc. No. 06- |
| DECOR TRADE, LTD. ) | |

### APPLICATION FOR ORDER (28 U.S.C. 1782)

The United States of America, by the undersigned, Richard Andrews, Assistant United States Attorney for the District of Delaware, petitions this Court for an Order pursuant to Title 28, United States Code, Section 1782, in the form submitted, to facilitate the taking of testimony of witnesses residing within the jurisdiction of this Court, and other actions as requested by a letter of request issued by the Russian authorities.

                            COLM F. CONNOLLY
                            United States Attorney

                        By: _____
                            Richard G. Andrews
                            Assistant U.S. Attorney
                            Delaware Bar I.D. No. 2199
                            1007 N. Orange Street
                            Wilmington, DE  19801
                            (302) 573-6277

Dated: 5/9/06